**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERIC LEWIS, | No. 2:22-CV-0191-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the parties' stipulation, which is signed by all counsel, <u>see</u> ECF No. 9, Plaintiff is granted an extension of time to August 22, 2022[1], to file his dispositive motion. All other deadlines are extended accordingly.

    IT IS SO ORDERED.

Dated: August 3, 2022

                       _____
                        DENNIS M. COTA
                        UNITED STATES MAGISTRATE JUDGE

---

[1] While the parties stipulated to an extension to August 1, 2022, the Court's records do not reflect that a proposed order was submitted concurrently with the stipulation on June 27, 2022. The Court, therefore, on its own motion, further extends the stipulated deadline.