PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERIC LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-00191-DMC<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Opening Brief be extended 14 days from December 9, 2022 to December 23, 2022.  This is Defendant's second request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request. In the process of drafting the brief in this case, it became apparent to the drafter of the need to discuss with the client some issues raised in this case, specifically the possibility of settling this case.  This requires further communication

Stipulated Motion for Extension of Time

1

between counsel for Defendant and their client.  An extension of 14-days would give sufficient time for the client to consider and respond regarding possible settlement or, if settlement is not possible, briefing the case.  All other dates in the Court's Scheduling Order shall be extended accordingly.

                                    Respectfully submitted,

                                    PHILLIP A. TALBERT
                                  United States Attorney

DATE: December 8, 2022        By:   *s/ Oscar Gonzalez de Llano*
                                            OSCAR GONZALEZ DE LLANO
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

                                    Respectfully submitted,

                                    Attorney for Plaintiff

DATE: December 8, 2022        By:   *s/ Jared Walker\**
                                            Jared Walker
                                            Law Office of Jared T. Walker, PC
                                            (\*as authorized by email)

<u>ORDER</u>

2

1 | Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an
2 | extension, up to and including December 23, 2022, to respond to Plaintiff's Opening Brief.

4 | Dated:  December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE